SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR - 2 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATHY W. WILKEY            PLAINTIFF

VERSUS            NO. 1:04cv755WJG-JMR

TYCO INTERNATIONAL D/B/A            DEFENDANT
ADT CORPORATION

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the ___ day of _____, 2006.

_____
U.S. MAGISTRATE JUDGE

AGREED TO:

S\ Robert H. Tyler
ROBERT H. TYLER, ESQUIRE
ATTORNEY FOR PLAINTIFF

S\ Brenda G. Long
BRENDA G. LONG, ESQUIRE - MS BAR #8663
ATTORNEY FOR DEFENDANT
DANIEL COKER HORTON & BELL, PA
3506 WASHINGTON AVENUE, SUITE H
P.O. BOX 416
GULFPORT, MS 39502-0416
TELEPHONE: (228) 864-8117
FACSIMILE: (228) 864-6331
5135-112701 BGL/kkl